FILED

08/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0354

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0354

STATE OF MONTANA,

Plaintiff and Appellant,

v.

JOSHUA RYAN RIGGENBACH,

Defendant and Appellee.

**ORDER**

Upon consideration of the State's Unopposed Motion to Dismiss Appeal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter is DISMISSED with prejudice.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 9 2022